AO 442 (Rev. 01/09) Arrest Warrant

AUSA Abraham Jones

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

I hereby certify that the foregoing is a true copy of the original on file in this Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By _____
Deputy Clerk
Dated 6/5/14

United States of America,

v.

Herbert T. Felton, Jr.

Case: 4:14-mj-30265
Assigned To : Hluchaniuk, Michael J.

Defendant.

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* HERBERT T. FELTON, Jr.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

FILED 2014 JUN 6 PM 1:18 U.S. DISTRICT COURT EASTERN DISTRICT

This offense is briefly described as follows:

Transportation of minors with intent to engage in criminal sexual activity, in violation of Title 18, United States Code, Section 2423(a)

Date: 6-5-2014

*Issuing officer's signature*

City and state: Flint, Michigan

MICHAEL HLUCHANIUK, Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/5/14, and the person was arrested on *(date)* 6/6/14
at *(city and state)* Flint, MI.

Date: 6/6/14

*Arresting officer's signature*

India R. Jones, Special Agent
*Printed name and title*

---

Distribution: Original Court — 1 copy U.S. Marshal — 2 copies USA

Print Form