UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,					Case No. 14-30265

        Plaintiff,

v

HERBERT T. FELTON, JR.,

        Defendant.
_____/

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: United States District Court<br>600 Church Street, Room 112<br>Flint, Michigan | Date and Time:<br>June 10, 2014 at 3:00 P.M. |
|---|---|

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: June 6, 2014					s/Michael Hluchaniuk
                                                  Michael Hluchaniuk
                                                  United States Magistrate Judge