UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN



FILED
JUN - 6 2014
U.S. DISTRICT COURT
FLINT, MICHIGAN

UNITED STATES OF AMERICA

v.

HERBERT T. FELTON, JR._____/

CASE NO. 14-30265

## APPOINTMENT OF FEDERAL DEFENDER OFFICE

| Multiple Defendant Case :_____ | Defendant in Custody_____ |
|---|---|
| Non-English Speaking :_____ | Language: _____ |
| VIOLATION:_____ | Criminal Case Type : Complaint____ |

The defendant has qualified for the appointment of counsel under the Criminal Justice Act.

*IT IS ORDERED* that the Federal Defender Office, Flint Branch, 653 S. Saginaw St., Ste. 105, Flint Michigan, 48502, telephone number (810) 232-3600 is appointed to represent this defendant in this case, unless the appointment is terminated by (1) Order of the Court, (2) appointment of substitute counsel, or (3) appearance of retained counsel.

NEXT COURT DATE: 6/10/14 @ 3:00 p.m.

Dated: 6-6-2014

Michael Hluchaniuk
United States Magistrate Judge

AUSA Assigned:_____

# PARTIAL PAYMENT ORDER

*IT IS ORDERED* that partial payment be made by the defendant in the amount of _____ monthly, commencing on _____, until this case is terminated or otherwise ordered by the Court. Payment shall be made to the Clerk of the Court, U.S. District Court, 600 Church St., Room 140, Flint, MI 48502.

Defendant's Name, Address & Telephone Number:

Michael Hluchaniuk
United States Magistrate Judge

Defendant's Signature