UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,                     Case No. 14-30265

          Plaintiff,                          Michael Hluchaniuk
v.                                            United States Magistrate Judge

HERBERT T. FELTON, JR.,

          Defendant.
_____/

## CONSENT ORDER OF DETENTION PENDING TRIAL

Pursuant to the Bail Reform Act, 18 U.S.C. §3142 et.seq., the United States has moved for detention of the defendant and defendant is entitled to a timely hearing pursuant to 18 U.S.C. §3142(f).  However, defendant, in open court and with the advice of counsel, agrees to remain in custody and consents to detention, reserving his right to a full detention hearing before the magistrate judge. Therefore, no hearing will be held, no adverse findings are made against defendant, and detention is ORDERED based upon the defendant's consent.  Upon request of defense counsel, a detention hearing will be promptly set.

### Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in

1

custody pending appeal.  The defendant shall be afforded a reasonable opportunity

for private consultation with defense counsel.  On order of a court of the United

States or on request of an attorney for the government, the person in charge of the

corrections facility shall deliver the defendant to the United States Marshal for the

purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

Date: June 11, 2014                         s/Michael Hluchaniuk
                                            Michael Hluchaniuk
                                            United States Magistrate Judge