UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

HERBERT T. FELTON, JR.

      Defendant.

Case No. 14-cr-20529

HON. LINDA V. PARKER
United States District Judge

---

### GOVERNMENT'S RESPONSE & BRIEF TO DEFENDANT'S MOTION FOR PSYCHOLOGICAL EXAMINATION TO DETERMINE COMPETENCY

---

On October 26, 2015, defendant filed a motion claiming that there is reasonable cause to believe that defendant may be mentally incompetent to stand trial. Defendant is seeking an order requiring that defendant be examined by the Bureau of Prisons to determine if he presently suffers from any mental condition that would render him mentally incompetent.

Based on the information provided in defendant's motion, the United States, by its undersigned attorneys has no objection to this Court granting defendant's motion. The parties agree that a proposed stipulated order for a competency determination shall be submitted to the court.

      Respectfully submitted,

      BARBARA L MCQUADE
      UNITED STATES ATTORNEY

      s/ NANCY A. ABRAHAM (P42060)
      Assistant United States Attorney
      600 Church Street, 2nd Floor
      Flint, MI   48502
      (810) 766-5177
      Nancy.abraham@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on October 28, 2015, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    JOAN MORGAN

Dated: October 28, 2015        s/ Kristi Bashaw, Legal Assistant
                                              United States Attorney's Office