# CURRICULUM VITAE

## Agent Danelle L. Pigott
Michigan Department of Corrections Computer Crimes Unit
MSP Internet Crimes Against Children Task Force
6280 Dixie Highway
Bridgeport, MI 48722
(810) 407-4641
pigottd@michigan.gov

## Training Summary

I have received over 900 hours of formal classroom instruction and conference lecture/training related to computer forensics, cellular telephone forensics, GPS device forensics, Internet Crimes Against Children (ICAC) and child abuse investigations. Computer forensics, cellular telephone forensics and GPS device forensics constitute the majority of my training. I have completed forensic examinations on several computers, several Micro SD cards and USB Thumb Drives, and hundreds of cellular phones, iPads, and Tablets. I have previously qualified as an expert witness in the 70th District Court of Saginaw County, and the 41st Circuit Court of Dickinson County.

## Certifications

IACIS (International Association of Computer Investigative Specialists) – Certification earned 11/7/15
- CFCE (Certified Forensics Computer Examiner) – Certificate #: 15128

Cellebrite Certified Logical Operator – Certificate earned 4/16/15 – Certified #: 18443931000
Secure View Certified Examiner – Certificate earned 9/24/14
Lantern Certified Examiner – Certificate earned 10/3/13
Cellebrite UFED Certified – Certificate earned 9/28/12 – Certificate #: 000133
Cellebrite UFED Physical Certified – Certificate earned 9/28/12 – Certificate #: P000858
Certified Field Search Instructor – Certificate earned 8/23/11 – Certificate #: 071
Digital Forensics Mac Marshal 2.0 – Certificate earned 8/1/11 – Certificate #: 000-391
NW3C Identifying & Seizing Electronic Evidence – Train the Trainer – Certificate earned 3/16/10

## Formal Classroom Instruction – 748.5 hours

| | | |
|---|---|---|
| Magnet Forensics – IEF Essentials Training Course | 24 hours | 4/14/16 |
| NW3C Cybercop 315 – Windows Artifacts (Win Art) | 36 hours | 3/4/16 |
| NCFI – USSS – Online Social Networking | 28 hours | 2/26/16 |
| X-Ways Forensics Software | 32 hours | 11/19/15 |
| NW3C ICAC-Cyber Investigation 201–Social Media & Tech. Skills | 16 hours | 9/15/15 |
| IACIS Basic Computer Forensic Examiners Course | 80 hours | 5/15/15 |
| NCFI – USSS – Mobile Device Examiner Program | 64 hours | 4/24/15 |

## Formal Classroom Instruction, Cont'd

| | | |
|---|---|---|
| Cellebrite – Certified Logical Operator Course | 8 hours | 4/16/15 |
| NW3C – National While Collar Crime Center | | |
|     Cybercop 225 – Apple iDevice Forensics | 16 hours | 10/30/14 & 10/17/12 |
| NW3C – National While Collar Crime Center | | |
|     Cybercop 215 – Macintosh Triage and Imaging | 16 hours | 10/28/14 |
| NW3C – National White Collar Crime Center | | |
|     Cybercop 201 – Intermediate Data Recovery & Analysis | 24.5 hours | 10/2/14 |
| Secure View Certified Examiner Course | 16 hours | 9/24/14 |
| Sumuri – Mobile Forensics Essentials | 8 hours | 9/22/14 & 9/24/12 |
| Guidance Software – EnCase v7 Computer Forensics I | 32 hours | 12/6/13 |
| Guidance Software – EnCase v7 Transition Course | 24 hours | 11/7/13 |
| Lantern Certified Examiner Course | 24 hours | 10/3/13 |
| Sumuri – Cellebrite UFED Certification Course | 16 hours | 9/28/12 |
| Sumuri – Cellebrite UFED Physical Certification Course | 16 hours | 9/28/12 |
| Sumuri – Android, Blackberry, and iOS Forensics | 8 hours | 9/28/12 |
| NCFI – USSS – Basic Investigation of Computers & Electronic | | |
|     Crimes Program | 36 hours | 6/29/12 |
| DERA Forensics Group – Using Social Networks as an | | |
|     Investigative Tool | 16 hours | 12/13/11 |
| SEARCH – Core Skills for Investigation of Cellular Devices | 24 hours | 11/17/11 |
| KB Solutions – Certified Field Search Instructor Course | 32 hours | 8/23/11 |
| ATC-NY – Digital Forensics – Mac Marshall Training Program | 8 hours | 8/1/11 |
| US Dept. of Justice - Office of Juvenile Justice & Delinquency | | |
|     Prevention – ICAC Investigative Techniques Training Program | 36 hours | 4/15/11 & 9/18/09 |
| NW3C – National White Collar Crime Center | | |
|     Fast Track Program (ISEE & Train the Trainer – 3/16/10; | | |
|     STOP – 3/18/10; BDRA – 4/15/10; & IDRA – 5/21/10) | 100 hours | 5/21/10 |
| FBI-CART – Image Scan | 8 hours | 8/26/09 |

## CONFERENCE/LECTURE TRAINING – 192.5 hours

| | | |
|---|---|---|
| Techno Security & Forensics Investigations Conference | 32 hours | 6/8/16 |
| US DOJ – 2016 National Law Enforcement Training on Child | | |
|     Exploitation | 21 hours | 4/22/16 |
| United States Attorney's Office – Using Social Media to Enhance | | |
|     Law Enforcement Investigations Course | 8 hours | 12/15/15 |
| United States Attorney's Office – Building Complex Case | | |
|     Investigations for Law Enforcement | 8 hours | 9/16/15 |
| National Institute of Standards & Technology – Mobile Forensics | | |
|     Workshop and Webcast | 2 hours | 6/18/14 |
| Crimes Against Children Conference | 19.5 hours | 8/15/13 |
| National D.A. Association – Digital Evidence: Investigation & Prosecution | | |
|     of Technology-Facilitated Child Sexual Exploitation | 12 hours | 10/11/12 |

| | | |
|---|---|---|
| The Innocent Justice Foundation – SHIFT: Supporting Heroes In Mental Health Foundational Training | 6 hours | 10/9/12 |
| US DOJ – 2012 National Law Enforcement Training on Child Exploitation | 22 hours | 4/19/12 |
| US DOJ – 2011 National Strategy Conference on Combating Child Exploitation | 21 hours | 5/20/11 |
| US DOJ – 2010 ICAC National Conference | 15 hours | 5/14/10 |
| Webwood Institute – The Internet, Sex Offenders, & Cyber-Offense Behaviors | 11 hours | 12/4/09 |
| US DOJ – 2009 Ilicon Valley ICAC Conference | 15 hours | 5/15/09 |

Training at Conferences/Lectures covers a multitude of topics and helps an examiner keep current with new technologies, developments in digital forensics, new forensics techniques, equipment and software. While computer operating systems, such as Windows 8, 10 or Apple OS are released every few years, cellular telephone related advancements can happen on a weekly basis.

## TASK FORCE EXPERIENCE

I am currently a member of the Michigan State Police (MSP) Internet Crimes Against Children (ICAC) Task Force. I am located in the Bridgeport, MI office, one of seven (7) offices located throughout Michigan. The other six offices are located in Livonia, Coldwater, Lansing, Grand Rapids, Traverse City, and Marquette. The Task Force in Bridgeport is responsible for the 3rd District which covers from Lapeer, MI to West Branch, MI. In addition to myself, there are 4 investigators and 2 Digital Forensic Examiners in training. These individuals serve full time on the Task Force as well as the MSP Computer Crimes Unit. I am an Affiliate with the Task Force. My home Department is the Michigan Department of Corrections. I perform computer and cellular examinations statewide focusing on the 3rd District.

The ICAC Task Force work environment is similar to a Computer Analysis and Response Team (CART) or a Regional Computer Forensic Laboratory (RCFL) that are found in other Regions of the United States. We participate in peer review, training and collaboration nationally and internationally. Our Task Force routinely conducts forensic examinations for State, local, and Federal agencies.

## TRAINING/PRESENTATIONS

Since 2009, I have conducted over 200 hours of Field Search and Social Networking training to MDOC Field Agents. I have given over 25 presentations to various groups, classes, and audiences reference Computer Crimes and the ICAC Task Force.

## EDUCATION

| | |
|---|---|
| 2001 | Concordia University – Criminal Justice Administration |
| 2001 | Delta College – Criminal Justice Administration |
| 1990 | Ferris State University – Court & Freeland Reporting |

## **EMPLOYER**

| | |
|---|---|
| 1996 - Present | Michigan Department of Corrections |
| 2009 – Present | Reassigned to Michigan State Police – Computer Crimes Unit/ICAC Task Force |